FILED

JUL 2 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ0322-CAB |
| Plaintiff, | |
| v. | ORDER TO CONTINUE EXTRADITION HEARING |
| NEIL DIEGO FLORES, | |
| NELSON FLORES, | |
| Defendants. | |

Upon joint application of the parties, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the extradition hearing set for July 25, 2007, is VACATED. The extradition hearing is rescheduled to occur on September 27, 2007, at 10:00 in the morning.

DATED: 7/23, 2007.

Honorable Cathy Ann Bencivengo
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

/S Christopher A. Ott
CHRISTOPHER A. OTT
Assistant U.S. Attorney